UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-8751-DMG (AGRx) | Date | July 22, 2016 |

Title  *Keston Abe, et al. v. City of Los Angeles*

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| William W. Li | David A Urban |
| | Brian P. Walter |

**Proceedings: Telephonic Status Conference**

The cause is called and counsel state their appearance. The Parties inform the Court on the status of the action. Counsel are instructed to contact the courtroom deputy clerk to the Honorable George H. King, United States District Judge, to schedule a settlement conference in October 2016.

cc: Hon. George H. King

: 06

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|