# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| **Keston Abe, *et al.*,**<br>　　　　　Plaintiffs,<br>　　v.<br>**City of Los Angeles,**<br>　　　　　Defendant. | Case No. CV 15-8751 DMG (AGRx)<br><br>**JUDGMENT** |

This Court having approved the parties' Settlement Agreement in connection with their Joint Motion for Approval of the Settlement Agreement,

IT IS ORDERED, ADJUDGED AND DECREED that the above-captioned action and the claims therein are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: September 26, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE